HENRIETTA WILHELMI, RESPONDENT, v. AMERICAN RAILWAY EXPRESS COMPANY, APPELLANT.

Submitted October 26, 1928—Decided May 20, 1929.

For the apppellant, *Harley, Cox & Walburg.*

For the respondent, *Samuel Tartalsky.*

PER CURIAM.

The judgment under review herein is affirmed by an equally divided court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, KALISCH, LLOYD, VAN BUSKIRK, DEAR, JJ. 6.

*For reversal*—THE CHIEF JUSTICE, PARKER, WHITE, MC-GLENNON, KAYS, HETFIELD, JJ. 6.